THE STATE OF OHIO, APPELLEE, *v.* RAMSEY, APPELLANT.

[Cite as *State v. Ramsey* (1998), 84 Ohio St.3d 21.]

(No. 98–358—Submitted October 13, 1998—Decided November 25, 1998.)

---

*Michael S. Buschbacher,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The cause is remanded to the trial court to conduct a new sexual predator classification hearing after proper notice pursuant to R.C. 2950.09(B).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.